AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

ORIGINAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Jessie E. Walker
_____
Plaintiff

V.

Raphael Williams / Stan Taylor / D.O.C
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 0 7 - 2 7 5

I, Jessie E. Walker _____ declare that I am the (check appropriate box)

• • (Petitioner)/Plaintiff/Movant        • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the (complaint)/petition/motion.

FILED
MAY 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    • (Yes)    • • No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration  Delaware

    **Inmate Identification Number (Required):** 047330

    Are you employed at the institution? No   Do you receive any payment from the institution? No

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.  Are you currently employed?    • • Yes    • (No)

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment       • • Yes    • • (No)
    b.  Rent payments, interest or dividends                • • Yes    • • (No)
    c.  Pensions, annuities or life insurance payments      • • Yes    • • No
    d.  Disability or workers compensation payments         • • Yes    • • (No)
    e.  Gifts or inheritances                               • • (Yes)  • • No
    f.  Any other sources                                   • • Yes    • • (No)

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?    • • Yes    (• • No)

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes    (• • No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   Without Paying Child Support I greatly Contributed to the welfare of my Daughter.

   I declare under penalty of perjury that the above information is true and correct.

   5-16-07                               J Walker
   DATE                                  SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _____ on account his/her credit at (name of institution) _____ .

I further certify that the applicant has the following securities to his/her credit:
_____ .

I further certify that during the past six months the applicant's average monthly balance was $ _____

and the average monthly deposits were $ _____

_____          _____
Date                                    Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28 USC §2254)*

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX-MONTH PERIOD

TO:   Mrs. Tonya Smith
      Support Services Manager                    DATE: _____ , ____
      Delaware Correctional Center
      Smyrna, Delaware 19977

FROM: _____        _____
      Inmate Name   (Please Print Name)           SBI #

--- I HEREBY CERTIFY ---

Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), Effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six-month period. Please forward same to me.

_____
          Signature

(28 U.S.C. 1746 and 18 U.S.C. 1621)

# Certificate of Service

I, _Jessie E. Walker_, hereby certify that I have served a true and correct cop(ies) of the attached: _U.S.C. 1983 Forms_ _____ upon the following parties/person (s):

TO: _Raphael Williams_
_H.R.Y.C.T_
_1301 E. 12th Street_
_Wilm, DE 19809_

TO: _Stan Taylor_
_D.O.C_
_245 McKee Road_
_Dover, DE 19904_

TO: _Department of Corrections_
_D.O.C_
_245 McKee Road_
_Dover, DE 19904_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _16_ day of _May_ _____, ~~2006~~ 2007

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

07-275

TO: _Jessie Walker_  SBI#: _047330_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _March 7, 2007_


FILED
MAY 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _September 1, 2006_ to _February 28, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 8.42 |
| Oct | 2.86 |
| Nov | 9.71 |
| Dec | 1.63 |
| Jan | .49 |
| Feb | 2.09 |

Average daily balances/6 months: _4.23_

Attachments
CC: File

_Stacy Shane_
3/7/07

_Janell L. Harr_

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __1.15__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __(-2.99)__.

I further certify that during the past six months the applicant's average monthly balance was $ __4.23__

and the average monthly deposits were $ __8.33__

__3/7/07__
Date

__Tracy Shane__
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

RECEIVED-D.C.C.

MAR 0 7 2007

SUPPORT SERVICES MANAGER

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/7/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00047330 | WALKER | JESSIE | E | | Beginning Month Balance: | $0.00 |
| Current Location: 22 | | Comments: | | | Ending Month Balance: | $0.49 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 9/8/2006 | $0.00 | ($6.00) | $0.00 | $0.00 | 317791 | | 9/1/06 | |
| Mail | 9/11/2006 | $20.00 | $0.00 | $0.00 | $20.00 | 318082 | 5567357474 | | C. WILLIAMS |
| Medical | 9/15/2006 | ($6.00) | $0.00 | $0.00 | $14.00 | 320676 | | | |
| Canteen | 9/26/2006 | ($9.07) | $0.00 | $0.00 | $4.93 | 324098 | | 9/1/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $4.93 | 329717 | | 10/1/06 | |
| Medical | 10/19/2006 | $0.00 | ($6.00) | $0.00 | $4.93 | 334688 | | 10/10/06 | |
| Medical | 10/19/2006 | ($4.93) | ($1.07) | $0.00 | $0.00 | 334889 | | 10/10/06 | |
| Mail | 11/9/2006 | $20.00 | $0.00 | $0.00 | $20.00 | 345038 | 9231010712 | | F. JOHNS |
| Medical | 11/17/2006 | ($1.07) | $0.00 | $0.00 | $18.93 | 347810 | | 10/10/06 | |
| Canteen | 11/21/2006 | ($13.38) | $0.00 | $0.00 | $5.55 | 348916 | | | |
| Supplies-MailP | 12/8/2006 | ($3.89) | $0.00 | $0.00 | $1.66 | 356565 | | 7/17/06 | |
| Supplies-MailP | 12/8/2006 | ($0.39) | $0.00 | $0.00 | $1.27 | 356571 | | 7/17/06 | |
| Supplies-MailP | 12/8/2006 | ($0.39) | $0.00 | $0.00 | $0.88 | 356591 | | 7/20/06 | |
| Supplies-MailP | 12/8/2006 | ($0.39) | $0.00 | $0.00 | $0.49 | 356636 | | 10/1/06 | |

Ending Month Balance: $0.49

Total Amount Currently on Medical Hold: ($2.85)
Total Amount Currently on Non-Medical Hold: ($0.14)

# Individual Statement
## From January 2007 to February 2007

Date Printed: 3/7/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00047330 | WALKER | JESSIE | E | |

Current Location: 22    Comments:

Beginning Month Balance: $0.49
Ending Month Balance: $1.15

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 2/7/2007 | $0.00 | $0.00 | ($0.63) | $0.49 | 383521 | | 1/25/07 | |
| Supplies-MailP | 2/16/2007 | ($0.49) | $0.00 | ($0.14) | $0.00 | 389228 | | 1/25/07 | |
| Mail | 2/23/2007 | $10.00 | $0.00 | $0.00 | $10.00 | 392023 | 4987931326 | | L PRICE |
| Canteen | 2/28/2007 | ($8.85) | $0.00 | $0.00 | $1.15 | 393664 | | | |

Ending Month Balance: $1.15

Total Amount Currently on Medical Hold: ($2.85)
Total Amount Currently on Non-Medical Hold: ($0.14)