(Rev. 5/05)

ORIGINAL

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Jessie E. Walker    047330__
   (Name of Plaintiff)    (Inmate Number)

__1181 Paddock Road Smyrna, DE 19977__
(Complete Address with zip code)

(2) _____
   (Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Raphael Williams__
(2) __Stan Taylor__
(3) __Department of Corrections__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07-275

(Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

• • Jury Trial Requested

FILED
MAY 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. **PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
        including year, as well as the name of the judicial officer to whom it was assigned:

        _____
        _____
        _____
        _____
        _____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (••Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (••Yes) ••No

C. If your answer to "B" is Yes:

1. What steps did you take? Wrote A Grievance on the Situation

2. What was the result? Grievance was denied

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Raphael Williams

Employed as Warden at Howard R. Young Correctional Institute

Mailing address with zip code: 1301 E. 12th Street Wilmington DE, 19809

(2) Name of second defendant: Stan Taylor

Employed as Corrections Commissioner at Delaware Corrections

Mailing address with zip code: 245 McKee Road Dover, DE 19904

(3) Name of third defendant: Department of Corrections

Employed as State of Delaware at Delaware Corrections

Mailing address with zip code: 245 McKee Road Dover, DE 19904

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. (RAPhael Williams) was in Charge of the Facility and when there were numerous complaints made about the Situation Refussed to correct the Problem. H.R.Y.C.I. - 11-06-05

2. (STAn Taylor) was commissioner of H.R.Y.C.I. and was also made aware of the Non-Religious Services at H.R.Y.C.I. and did not intervene to correct the problem. 11-6-05

3. (Department of Corrections) I was awarded to D.O.C. and they did not do anything to up hold the Rights to practice my Religion.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the Court to order $20,000

3

2. Would Like the Court to order $20,000

3. I would Like the court to order $20,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of May, 2007.

_Walker_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

## Certificate of Service

I, Jessie E. Walker, hereby certify that I have served a true and correct cop(ies) of the attached: U.S.C. 1983 Forms _____ upon the following parties/person (s):

TO: Raphael Williams
H.R.Y.C.I.
1301 E. 12th Street
Wilm, DE 19809

TO: Stan Taylor
D.O.C.
245 McKee Road
Dover, DE 19904

TO: Department of Corrections
D.O.C.
245 McKee Road
Dover, DE 19904

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 16 day of May, 2007.

I/M Jessie E. Walker
SBI# 047330    UNIT 22-C-L2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S. District Court
844 North King Street
Lock Box 18
Wilm, DE 19801

