IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSIE E. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-275-SLR |
| | ) |
| RAPHAEL WILLIAMS, STAN TAYLOR, | ) |
| and DEPARTMENT OF | ) |
| CORRECTIONS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff, Jessie E. Walker, filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this court granted plaintiff leave to proceed in forma pauperis, and on June 5, 2007, entered an order requiring plaintiff to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 4);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from plaintiff;

THEREFORE, at Wilmington this ___ day of July, 2007, IT IS HEREBY ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay the $350.00 filing fee owed. The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

_____
UNITED STATES DISTRICT JUDGE